AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOUDIN, MICHAEL | U.S. COURT OF APPEALS, 1ST CIR | 08/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - SENIOR | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 7710
BOSTON, MASSACHUSETTS 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Emeritus Member of the Council | American Law Institute |
| 2. | Trustee or Co-trustee | Trust #2 and Trust #3 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | [N/A] | Vested pension plan account at former law firm, Covington & Burling |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL. | 08/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | Harvard Law School - teaching | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Professorship at Harvard Law School |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Harvard University | Education loan | M |
| 2. | Bank of America | Mortgage on Wellfleet, MA | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | C & B PENSION PLAN | G | Int./Div. | P1 | T | | | | | |
| 2. | - Morgan Stanley Inst. Mid Cap Growth | | | | | | | | | |
| 3. | - Schwab Stable Value Instl Class II (closed fund) | | | | | Distributed | 04/10/12 | P1 | | |
| 4. | - Pooled Stable Value Fund (new fund) | | | | | Open | 04/10/12 | P1 | | |
| 5. | | | | | | | | | | |
| 6. | TIAA-CREF RETIREMENT PLAN | D | Int./Div. | M | T | | | | | |
| 7. | - TIAA Traditional | | | | | | | | | |
| 8. | - CREF Stock | | | | | | | | | |
| 9. | - T-C Lfcyle. Idx. 2010-Inst | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | Vanguard Target Retirement 2005 Fund (Value below $1K) (Y) | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | Bank of America Cash Account Boston, MA | A | Interest | M | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | TD BankNorth Cash Account Orleans, MA | A | Interest | L | T | | | | | |
| 16. | | | | | | | | | | |
| 17. | UBS FINANCIAL SERVICES, INC. (UBS) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RMA Government Portfolio (UBS) | A | Dividend | N | T | | | | | |
| 19. Prudential National Muni Fund (UBS) | A | Interest | K | T | | | | | |
| 20. UBS US Allocation Fund C (UBS) | A | Dividend | M | T | | | | | |
| 21. UBS Bank USA deposit account (UBS) | A | Interest | M | T | | | | | |
| 22. | | | | | | | | | |
| 23. MORGAN STANLEY (MS) | | | | | | | | | |
| 24. Active Assets Tax Free Trust Account (cash equiv.) (MS) | A | Interest | O | T | | | | | |
| 25. Sentinel Short Maturity Gov't (MS) | B | Dividend | M | T | | | | | |
| 26. MFS Investors Growth ST (MS) | A | Dividend | K | T | | | | | |
| 27. Western Asset Mgd Muni A (Name change Legg Mason) (MS) | D | Interest | M | T | | | | | |
| 28. Oppenheimer LTD Term Munic | D | Dividend | M | T | | | | | |
| 29. Virginia Beach, VA Bonds (18) (MS) | C | Interest | L | T | | | | | |
| 30. | | | | | | | | | |
| 31. HARVARD&UPENN RETIREMENT PLANS at TIAA-CREF | F | Int./Div. | O | T | | | | | |
| 32. - TIAA Traditional Fund | | | | | Buy (add'l) | 07/26/12 | L | | |
| 33. - TIAA Traditional Fund | | | | | Buy (add'l) | 08/03/12 | J | | |
| 34. - TIAA Traditional Fund | | | | | Buy (add'l) | 09/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TIAA Traditional Fund | | | | | Buy (add'l) | 10/05/12 | J | | |
| 36. - TIAA Traditional Fund | | | | | Buy (add'l) | 11/09/12 | J | | |
| 37. - TIAA Traditional Fund | | | | | Buy (add'l) | 11/30/12 | J | | |
| 38. - TIAA Traditional Fund | | | | | Buy (add'l) | 12/28/12 | J | | |
| 39. - CREF Stock | | | | | Sold (part) | 01/25/12 | M | D | |
| 40. - CREF Stock | | | | | Buy (add'l) | 02/21/12 | J | | |
| 41. - CREF Stock | | | | | Buy (add'l) | 03/20/12 | J | | |
| 42. - CREF Stock | | | | | Buy (add'l) | 04/20/12 | J | | |
| 43. - CREF Stock | | | | | Buy (add'l) | 05/21/12 | J | | |
| 44. - CREF Stock | | | | | Buy (add'l) | 06/20/12 | J | | |
| 45. - CREF Stock | | | | | Buy (add'l) | 07/20/12 | J | | |
| 46. - CREF Stock | | | | | Buy (add'l) | 08/20/12 | J | | |
| 47. - CREF Stock | | | | | Buy (add'l) | 09/20/12 | J | | |
| 48. - CREF Stock | | | | | Sold (part) | 07/26/12 | J | | |
| 49. - CREF Stock | | | | | Buy (add'l) | 10/22/12 | J | | |
| 50. - CREF Stock | | | | | Buy (add'l) | 11/20/12 | J | | |
| 51. - CREF Global | | | | | Sold | 01/25/12 | N | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - CREF Growth | | | | | Sold | 01/25/12 | L | C | |
| 53.   - TIAA Real Estate | | | | | | | | | |
| 54.   - CREF Money Market | | | | | Distributed (part) | 01/25/12 | O | | |
| 55.   - CREF Money Market | | | | | Buy (add'l) | 07/26/12 | L | | |
| 56.   - CREF Money Market | | | | | Buy (add'l) | 08/03/12 | J | | |
| 57.   - CREF Money Market | | | | | Buy (add'l) | 09/07/12 | J | | |
| 58.   - CREF Money Market | | | | | Buy (add'l) | 10/05/12 | J | | |
| 59.   - CREF Money Market | | | | | Buy (add'l) | 11/09/12 | J | | |
| 60.   - CREF Money Market | | | | | Buy (add'l) | 11/30/12 | J | | |
| 61.   - CREF Money Market | | | | | Buy (add'l) | 12/28/12 | J | | |
| 62.   - T-C Lfcyle Idx 2010-Inst | | | | | Buy | 04/27/12 | J | | |
| 63.   - T-C Lfcyle Idx 2010-Inst | | | | | Buy (add'l) | 05/03/12 | L | | |
| 64.   - T-C Lfcyle Idx 2010-Inst | | | | | Buy (add'l) | 06/01/12 | J | | |
| 65.   - T-C Lfcyle Idx 2010-Inst | | | | | Buy (add'l) | 07/06/12 | J | | |
| 66.   - T-C Lfcyle Idx 2010-Inst | | | | | Sold | 07/26/12 | M | A | |
| 67.   | | | | | | | | | |
| 68.   HARVARD RETIREMENT PLAN at VANGUARD | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Target Retirement 2010 | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. VANGUARD ROLLOVER IRA | E | Dividend | P1 | T | | | | | |
| 72. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy | 01/31/12 | P1 | | |
| 73. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 02/02/12 | K | | |
| 74. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 02/03/12 | K | | |
| 75. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 02/09/12 | M | | |
| 76. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 02/10/12 | K | | |
| 77. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 02/17/12 | K | | |
| 78. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 04/02/12 | L | | |
| 79. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 04/05/12 | K | | |
| 80. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 04/16/12 | L | | |
| 81. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 04/25/12 | L | | |
| 82. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 04/26/12 | L | | |
| 83. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 04/27/12 | L | | |
| 84. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 05/04/12 | M | | |
| 85. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 05/25/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 06/07/12 | K | | |
| 87. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 06/08/12 | K | | |
| 88. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 06/11/12 | K | | |
| 89. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 06/21/12 | K | | |
| 90. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 07/17/12 | L | | |
| 91. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 07/17/12 | J | | |
| 92. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 07/18/12 | K | | |
| 93. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 07/30/12 | L | | |
| 94. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 07/31/12 | K | | |
| 95. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 08/01/12 | J | | |
| 96. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 08/02/12 | L | | |
| 97. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 08/03/12 | L | | |
| 98. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 08/06/12 | M | | |
| 99. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 08/07/12 | K | | |
| 100. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 08/27/12 | J | | |
| 101. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 09/07/12 | K | | |
| 102. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 09/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 09/13/12 | J | | |
| 104. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 09/13/12 | K | | |
| 105. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 09/18/12 | K | | |
| 106. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 09/19/12 | K | | |
| 107. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 09/26/12 | K | | |
| 108. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 10/15/12 | M | | |
| 109. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 10/19/12 | K | | |
| 110. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 10/22/12 | L | | |
| 111. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 10/24/12 | L | | |
| 112. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 10/25/12 | K | | |
| 113. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 10/26/12 | L | | |
| 114. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Buy (add'l) | 11/06/12 | J | | |
| 115. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 11/19/12 | K | | |
| 116. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 11/20/12 | K | | |
| 117. -Prime Money Mkt Fund (CASH) VMMXX | | | | | Sold (part) | 11/21/12 | K | | |
| 118. -Artisan Growth Opportunities Investor ARTRX | | | | | Buy | 04/16/12 | K | | |
| 119. -Artisan Growth Opportunities Investor ARTRX | | | | | Sold | 07/31/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Baron Asset FD Opportunity BIOPX | | | | | Buy | 4/16/12 | K | | |
| 121. -Baron Asset FD Opportunity BIOPX | | | | | Sold (part) | 07/31/12 | K | | |
| 122. -Baron Asset FD Opportunity BIOPX | | | | | Sold | 08/27/12 | J | | |
| 123. -Dividend Growth Fund VDIGX | | | | | Buy (add'l) | 02/02/12 | K | | |
| 124. -Dividend Growth Fund VDIGX | | | | | Buy (add'l) | 02/09/12 | K | | |
| 125. -Dividend Growth Fund VDIGX | | | | | Buy (add'l) | 02/17/12 | K | | |
| 126. -Dividend Growth Fund VDIGX | | | | | Buy (add'l) | 04/05/12 | K | | |
| 127. -Dividend Growth Fund VDIGX | | | | | Buy (add'l) | 04/09/12 | K | | |
| 128. -Dividend Growth Fund VDIGX | | | | | Sold (part) | 07/17/12 | J | A | |
| 129. -Dividend Growth Fund VDIGX | | | | | Sold (part) | 08/03/12 | K | A | |
| 130. -Dividend Growth Fund VDIGX | | | | | Sold (part) | 09/07/12 | K | A | |
| 131. -Dividend Growth Fund VDIGX | | | | | Sold (part) | 09/13/12 | J | A | |
| 132. -Dividend Growth Fund VDIGX | | | | | Sold (part) | 09/27/12 | K | A | |
| 133. -Dividend Growth Fund VDIGX | | | | | Sold (part) | 10/24/12 | K | A | |
| 134. -Emerging Mkts Stk Idx Adm VEMAX | | | | | Buy (add'l) | 02/09/12 | K | | |
| 135. -Emerging Mkts Stk Idx Adm VEMAX | | | | | Buy (add'l) | 02/17/12 | K | | |
| 136. -Emerging Mkts Stk Idx Adm VEMAX | | | | | Sold (part) | 04/25/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Emerging Mkts Stk Idx Adm VEMAX | | | | | Sold (part) | 07/30/12 | K | | |
| 138. -Emerging Mkts Stk Idx Adm VEMAX | | | | | Sold | 09/13/12 | J | | |
| 139. -Equity Income Fund Adm VEIRX | | | | | Buy (add'l) | 02/09/12 | K | | |
| 140. -Equity Income Fund Adm VEIRX | | | | | Buy (add'l) | 02/09/12 | K | | |
| 141. -Equity Income Fund Adm VEIRX | | | | | Buy (add'l) | 04/05/12 | K | | |
| 142. -Equity Income Fund Adm VEIRX | | | | | Buy (add'l) | 06/08/12 | K | | |
| 143. -Equity Income Fund Adm VEIRX | | | | | Sold (part) | 09/07/12 | K | B | |
| 144. -Equity Income Fund Adm VEIRX | | | | | Sold (part) | 09/13/12 | J | A | |
| 145. -Equity Income Fund Adm VEIRX | | | | | Sold (part) | 09/27/12 | K | B | |
| 146. -Equity Income Fund Adm VEIRX | | | | | Sold (part) | 10/24/12 | K | B | |
| 147. -Mid-Cap Index Fund Adm VIMAX | | | | | Buy (add'l) | 02/10/12 | K | | |
| 148. -Mid-Cap Index Fund Adm VIMAX | | | | | Sold (part) | 04/09/12 | K | A | |
| 149. -Mid-Cap Index Fund Adm VIMAX | | | | | Buy (add'l) | 06/21/12 | K | | |
| 150. -Mid-Cap Index Fund Adm VIMAX | | | | | Sold (part) | 07/30/12 | L | B | |
| 151. -Mid-Cap Index Fund Adm VIMAX | | | | | Sold | 08/03/12 | L | B | |
| 152. -Matthews Asia Div FD MAPIX | | | | | Buy (add'l) | 04/26/12 | K | | |
| 153. -Matthews Asia Div FD MAPIX | | | | | Buy (add'l) | 07/24/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Matthews Asia Div FD MAPIX | | | | | Sold (part) | 09/10/12 | K | A | |
| 155. -Matthews China Investor CL MCHFX | | | | | Buy (add'l) | 02/03/12 | K | | |
| 156. -Matthews China Investor CL MCHFX | | | | | Buy (add'l) | 06/07/12 | K | | |
| 157. -Matthews China Investor CL MCHFX | | | | | Sold (part) | 07/24/12 | K | | |
| 158. -Matthews China Investor CL MCHFX | | | | | Buy (add'l) | 08/07/12 | K | | |
| 159. -Matthews China Div FD MCDFX | | | | | Buy | 04/02/12 | K | | |
| 160. -Matthews China Div FD MCDFX | | | | | Buy (add'l) | 06/06/12 | K | | |
| 161. -Matthews China Div FD MCDFX | | | | | Buy (add'l) | 07/24/12 | J | | |
| 162. -Matthews China Div FD MCDFX | | | | | Buy (add'l) | 08/07/12 | K | | |
| 163. -Matthews Japan Investor MJFOX | | | | | Buy | 04/02/12 | K | | |
| 164. -Matthews Japan Investor MJFOX | | | | | Sold | 10/19/12 | K | | |
| 165. -Matthews Japan Investor MJFOX | | | | | Buy | 11/20/12 | K | | |
| 166. -Fidelity Contrafund FCNTX | | | | | Buy | 05/25/12 | K | | |
| 167. -Fidelity Contrafund FCNTX | | | | | Buy (add'l) | 09/19/12 | K | | |
| 168. -Fidelity Contrafund FCNTX | | | | | Sold (part) | 11/06/12 | K | B | |
| 169. -Fidelity Select Natural Gas FSNGX | | | | | Buy | 05/24/12 | K | | |
| 170. -Fidelity Select Natural Gas FSNGX | | | | | Sold | 08/02/12 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Fidelity Select Natural Gas FSNGX | | | | | Buy | 10/26/12 | K | | |
| 172. -Fidelity Select Natural Gas FSNGX | | | | | Buy (add'l) | 10/26/12 | K | | |
| 173. -Fidelity Select Natural Gas FSNGX | | | | | Buy (add'l) | 11/06/12 | K | | |
| 174. -Artisan Value Investors ARTLX | | | | | Buy | 06/11/12 | K | | |
| 175. -Artisan Value Investors ARTLX | | | | | Sold (part) | 10/25/12 | K | C | |
| 176. -Artisan Value Investors ARTLX | | | | | Buy | 11/21/12 | K | | |
| 177. -FBR Gas Utility Index Investor GASFX | | | | | Buy | 07/17/12 | L | | |
| 178. -FBR Gas Utility Index Investor GASFX | | | | | Sold | 11/01/12 | J | | |
| 179. -Hennessy Gas Utility Index | | | | | Buy | 11/01/12 | J | | |
| 180. -Fidelity Select Biotechnology FBIOX | | | | | Buy | 07/18/12 | K | | |
| 181. -Matthews Pacific Tiger Investor MAPTX | | | | | Buy | 10/26/12 | K | | |
| 182. -Inflation Protected Sec. Adm. VAIPX | | | | | Buy | 05/04/12 | M | | |
| 183. -Inflation Protected Sec. Adm. VAIPX | | | | | Buy (add'l) | 07/17/12 | K | | |
| 184. -HiYd Corp Fd Adm VWEAX | | | | | Buy | 08/06/12 | K | | |
| 185. -HiYd Corp Fd Adm VWEAX | | | | | Buy (add'l) | 09/13/12 | J | | |
| 186. -HiYd Corp Fd Adm VWEAX | | | | | Sold | 10/22/12 | J | A | |
| 187. -Energy Fund Admiral VGELX | | | | | Buy | 08/06/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Energy Fund Admiral VGELX | | | | | Buy (add'l) | 09/13/12 | J | | |
| 189. -Energy Fund Admiral VGELX | | | | | Buy (add'l) | 09/18/12 | K | | |
| 190. -Large-Cap Index Fund Adm VLCAX | | | | | Buy | 09/26/12 | J | | |
| 191. -Large-Cap Index Fund Adm VLCAX | | | | | Buy (add'l) | 09/27/12 | K | | |
| 192. -Large-Cap Index Fund Adml VLCAX | | | | | Buy (add'l) | 12/04/12 | J | | |
| 193. -Mid-Cap Growth Fund VMGRX | | | | | Buy | 08/03/12 | J | | |
| 194. -Mid-Cap Growth Fund VMGRX | | | | | Buy (add'l) | 09/26/12 | J | | |
| 195. -Mid-Cap Growth Fund VMGRX | | | | | Buy (add'l) | 09/27/12 | K | | |
| 196. -Mid-Cap Growth Fund VMGRX | | | | | Buy (add'l) | 11/19/12 | K | | |
| 197. | | | | | | | | | |
| 198. HARVARD RETIREMENT PLANS at FIDELITY | A | Dividend | K | T | | | | | |
| 199. -Fideility Cash Reserves (FDRXX) | | | | | | | | | |
| 200. -Fideility Canada (FICDX) | | | | | Buy | 01/13/12 | K | | |
| 201. -Fideility Canada (FICDX) | | | | | Sold | 04/16/12 | K | A | |
| 202. -Fideility Contrafund (FCNTX) | | | | | Buy | 01/13/12 | K | | |
| 203. -Fideility Contrafund (FCNTX) | | | | | Buy (add'l) | 04/16/12 | J | | |
| 204. -Fideility Contrafund (FCNTX) | | | | | Buy (add'l) | 05/25/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Fidelity Contrafund (FCNTX) | | | | | Sold (part) | 07/16/12 | K | | |
| 206. -Fidelity Contrafund (FCNTX) | | | | | Sold | 09/18/12 | K | | |
| 207. -Fidelity Select Consumer Stples (FDFAX) | | | | | Buy | 07/16/12 | K | | |
| 208. -Fidelity Select Consumer Stples (FDFAX) | | | | | Sold | 09/13/12 | K | A | |
| 209. -Fidelity Select Gold (FSAGX) | | | | | Buy | 09/13/12 | K | | |
| 210. -Fidelity Select Gold (FSAGX) | | | | | Buy | 09/18/12 | K | | |
| 211. | | | | | | | | | |
| 212. DWS (Scudder) Cash Investment Trust MMF | A | Dividend | | | Distributed | 02/17/12 | J | | |
| 213. BankAmerica Cash Account, Boston, MA | A | Interest | K | T | | | | | |
| 214. Bank of Hawaii Cash Account | A | Interest | J | T | | | | | |
| 215. | | | | | | | | | |
| 216. Rental House, Wellfleet, MA | E | Rent | P1 | W | | | | | |
| 217. Wellfleet, MA ( rent house) | D | Rent | P1 | W | | | | | |
| 218. Kauai, Hawaii, land | D | Rent | O | W | | | | | |
| 219. Rental House, Cambridge, MA | D | Rent | O | W | | | | | |
| 220. | | | | | | | | | |
| 221. MERRILL LYNCH (Closed 2/9/12) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  General Electric stock | A | Dividend | | | Sold | 02/06/12 | J | C | |
| 223.  CMA Money fund | A | Interest | | | Distributed | 02/09/12 | J | | |
| 224. | | | | | | | | | |
| 225.  TRUST #2 | A | Dividend | M | T | | | | | |
| 226.  - UBS US Allocation Fund Class C | | | | | | | | | |
| 227.  - RMA Government Portfolio | | | | | | | | | |
| 228. | | | | | | | | | |
| 229.  TRUST #3 | A | Dividend | O | T | | | | | |
| 230.  -RMA Govrenment Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOUDIN, MICHAEL | 08/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MICHAEL BOUDIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544